United States District Court
Southern District of Texas
**ENTERED**
March 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AARON THOMAS, § | |
| (SPN #02412914) § | |
| Plaintiff, § | |
| vs. § | CIVIL ACTION NO. H-17-0578 |
| § | |
| RON HICKMAN, *et al.*, § | |
| Defendants. § | |

## MEMORANDUM ON DISMISSAL

The plaintiff, a former inmate of the Harris County Jail ("HCJ"), filed this civil rights action in forma pauperis. Online research reveals that the plaintiff is no longer in the custody of the HCJ.

Under Local Rule 83.4, a pro se litigant is responsible for keeping the Clerk advised in writing of his current address. The court will send notices only to the address on file. The plaintiff has failed to provide the court with an accurate, current address. Under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. MOORE ET AL., MOORE'S FEDERAL PRACTICE § 41.51(3)(b) & (e) (3d ed. 2010). Upon a proper showing, relief from this order may be granted in accordance with FED. R. CIV. P. 60(b). *See Link*, 370 U.S. at 635.

This action is DISMISSED without prejudice for want of prosecution.

SIGNED at Houston, Texas, on _March 24_, 2017.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE